# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LINDA HALFORD, | Case No.: 09 CV 1815 GSA |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 25, 2010, in which to provide Defendant with Plaintiff's Opening Brief. Defendant's Responsive Brief shall be due by July 26, 2010 and Plaintiff's Reply Brief due 15 days thereafter. IT IS SO ORDERED.


DATE: June 3, 2010                    /s/ Gary S. Austin
                                      The Honorable Gary S. Austin
                                      United States Magistrate Judge

-1-